UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| SADIYA ALI, ON BEHALF OF A.I., a minor, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) )   Civil No. 18-cv-109-JAW |
| LONG CREEK YOUTH DEVELOPMENT CENTER, *et al.*, | ) ) ) ) |
| Defendants. | ) ) ) |
| _____ | ) |

**CONSENT MOTION TO EXTEND SETTLEMENT DEADLINE**

Pursuant to the Rule 7(b) of the Federal Rules of Civil Procedure and the Court's October 16, 2019 Order, counsel for Plaintiff, Sadiya Ali, on behalf of her son A.I., a minor, files this motion for a 10-day extension of the November 29, 2019 deadline, until December 9, 2019, for the parties to submit a motion for court approval of settlement on behalf of a minor.[1] Counsel for the Plaintiff has consulted with counsel for Long Creek Youth Development Center, Maine Department of Corrections, Commissioner Dr. Joseph Fitzpatrick, Superintendent Caroline Raymond, Officer Michael A. Mullin, and Officer Daniel A. Ferrante ("the State Defendants"), and counsel for Defendants Nurse Practitioner Kimberly Foster, Dr. David Drohan, and Correct Care Solutions, LLC, currently doing business as Wellpath (collectively, "the Wellpath Defendants"). The State Defendants and the Wellpath Defendants consent to the relief requested in this motion.

---

[1] The docket states that November 29 represents the deadline for dismissal of the case, (*see* unnumbered docket entry from October 16, 2019). Pursuant to Local Rule 41.2, however, a settlement on behalf of a minor must be subject to Court approval. Additionally, the Plaintiff's prior Consent Motion expressly requested November 29, 2019, as the deadline for the motion for settlement approval, with dismissal to follow only after the parties complete the Court's approval procedures. ECF No. 89 (Oct. 15, 2019). The Court granted that motion. *See* Order, ECF No. 90 (Oct. 16, 2019).

Good cause exists for a 10-day extension of the November 29, 2019 deadline. Since the October 16, 2019 Order, the parties have made significant progress in preparing the proposed settlement for Court approval. The Plaintiff obtained the services of an attorney, Jen Frank of Nelson-Reade Law Office, who specializes in creating special needs trusts to protect any settlement proceeds in the case. In furtherance of that process, the Plaintiff, along with an interpreter and counsel, attended numerous meetings with Attorney Frank; interviewed multiple different institutions as options to serve as the trustee, and ultimately selected a proposed trustee and completed the process of drafting the trust document. Additionally, counsel for the parties have exchanged numerous phone calls and e-mails in an attempt to resolve any outstanding disagreements in the case, including with regard to a draft release for Wellpath.

Despite this significant progress, however, there remain several issues that the parties must finalize before they can file the motion for minor settlement approval pursuant to Local Rule 41.2. The short holiday week and other work conflicts will prevent the parties from having sufficient time to resolve them before the current deadline on November 29, 2019.

## **CONCLUSION**

For these reasons, the parties respectfully request that the Court grant a 10-day extension of the November 29, 2019 deadline to submit the motion for approval of minor settlement.

Respectfully submitted,

/s/ Emma E. Bond
Emma E. Bond
ACLU of Maine Foundation
121 Middle St., Ste. 200
Portland, Maine 04101
(207) 619-8687
*ebond@aclumaine.org*

Zachary L. Heiden
ACLU of Maine Foundation
121 Middle Street, Suite 200
Portland, Maine 04101
(207) 619-6224
*zheiden@aclumaine.org*

Jodi L. Nofsinger
Berman and Simmons
129 Lisbon Street
Lewiston, Maine 04240
(207) 784-7699
*jnofsinger@bermansimmons.com*

*Attorneys for Plaintiff, Sadiya Ali on behalf of A.I., a minor*

November 26, 2019

Case 2:18-cv-00109-JAW Document 93 Filed 11/26/19 Page 3 of 4 PageID #: 343

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 26, 2019, I electronically filed the CONSENT MOTION FOR EXTENSION OF SETTLEMENT DEADLINE with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ Emma E. Bond
Emma E. Bond
ACLU of Maine Foundation
121 Middle St., Ste. 200
Portland, Maine 04101
(207) 619-3662
*E-mail: ebond@aclumaine.org*